**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| In re: IVORY JR JACKSON<br>Debtor(s) | Case No. 11-33265-E |
|---|---|

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sylvia Ford Brown, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/13/2011.

2) The plan was confirmed on 04/25/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/27/2012, 12/04/2012.

5) The case was dismissed on 01/25/2013.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $3,248.75.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,189.74 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$6,189.74**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $904.45 |
| Court Costs | $281.00 |
| Trustee Expenses & Compensation | $433.29 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,618.74**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | Secured | 31,109.74 | 24,437.00 | 24,437.00 | 1,733.64 | 818.36 |
| ALLY FINANCIAL | Unsecured | NA | 6,720.61 | 6,720.61 | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | NA | 485.88 | 485.88 | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 3,267.06 | 3,470.75 | 3,470.75 | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 1,101.46 | NA | NA | 0.00 | 0.00 |
| FANNIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Unsecured | NA | NA | 732.49 | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Secured | 7,612.25 | 7,771.32 | 7,771.32 | 559.94 | 260.06 |
| OAK HARBOR CAPITAL LLC | Unsecured | 685.48 | 723.81 | 723.81 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 2,865.58 | 2,900.58 | 2,900.58 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 647.90 | 733.90 | 733.90 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | NA | 472.24 | 472.24 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,015.49 | 2,097.48 | 2,097.48 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 1,323.83 | 1,323.83 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 6,500.00 | 3,497.45 | 3,497.45 | 1,199.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $32,208.32 | $2,293.58 | $1,078.42 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$32,208.32** | **$2,293.58** | **$1,078.42** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,497.45 | $1,199.00 | $0.00 |
| **TOTAL PRIORITY**: | **$3,497.45** | **$1,199.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$19,661.57** | **$0.00** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $1,618.74 | |
| Disbursements to Creditors | $4,571.00 | |
| **TOTAL DISBURSEMENTS** : | | **$6,189.74** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/26/2013 By: /s/ Sylvia Ford Brown

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Western District of Tennessee

In re:
Ivory Jackson, Jr.
Debtor

Case No. 11-33265-gwe
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0651-2 User: admin Page 1 of 2 Date Rcvd: Apr 29, 2013
Form ID: pdftr01 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2013.
db +Ivory Jackson, Jr., 6266 Flodden Dr, Memphis, TN 38119-7512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on April 26, 2013 at the address(es) listed below:

Arthur E. Ray, Jr. on behalf of Debtor Ivory Jackson, Jr. bank@memphislaw.com, raypacer@comcast.net
Laura A. Grifka on behalf of Creditor Federal National Mortgage Association lagrifka@jflegal.com, ECF_TN@prommis.com
Recovery Management Systems Corporation claims@recoverycorp.com
Sylvia F. Brown ecf@ch13sfb.com
U.S. Trustee ustpregion08.me.ecf@usdoj.gov

TOTAL: 5